**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Nathaniel JONES, Defendant– Appellant.**

**No. 96–10179.**

United States Court of Appeals, Ninth Circuit.

April 5, 1999.

Before: HUG, Chief Judge, CANBY and HAWKINS, Circuit Judges.

## ORDER

The judgment of the district court is reversed in accordance with the Supreme Court's opinion in *Jones v. United States,* —— U.S. ——, 119 S.Ct. 1215, —— L.Ed.2d —— (1999), and the matter is

remanded to the district court for resentencing.